UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

In re ) Chapter 7
) Case No. 19-30061-EDK
BRENDA ANN BROWNELL )
)
Debtor )
)

## ORDER

In Springfield on the _____ day of _____ 2019;

The Court having reviewed the Trustee's Application, and being apprised of the premises:

IT IS HEREBY ORDERED that the Trustee's Application to Retain and Compensate BK Global Real Estate Services and Teamwork Realty Group, LLC as Real Estate Broker shall be and hereby is allowed and further that the Trustee is authorized to compensate BK Global Real Estate Services and Teamwork Realty Group, LLC for its services as Broker in this case.

All compensation and expenses are subject to court approval.

_____  05/10/2019
Honorable Elizabeth D. Katz
United States Bankruptcy Judge